Chas. Owen and Theo. Andress, both of El Paso, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, J.

This is an appeal from an order of the district court of El Paso county refusing bail. Appellant was charged by indictment with the offense of murder.

Three questions must be considered by the court a quo in a case like this: (1) Was the offense committed? (2) Was the accused a guilty agent? (3) Would he likely be punished by the infliction of the penalty of death, on his trial, if the law be followed?

To these our court seems to have added a fourth proposition, viz. that, where there is nothing in the record tending to mitigate the offense, or to lessen the punishment if guilty, this court will upheld the action of the trial court in refusing bond as within the exercise of its discretion. Ex parte Howard, 99 Tex. Cr. R. 456, 270 S. W. 550.

Stripped of surrounding details, this appellant was shown by testimony, aside from that of an accomplice, to have been one of three men who entered a store at night, assaulted the occupants with pistols, and killed one of them, a man 72 years of age, with

whom this appellant was scuffling just before the fatal shooting. The accomplice fully made out a case of murder in which this appellant was a principal offender and the one who suggested and engineered the proposition.

Believing the case to be one in which the trial court was justified, in the exercise of his discretion, in refusing bail, the judgment will be affirmed.

R. H. GAHAGAN v. STATE.

No. 15358.

Court of Criminal Appeals of Texas.

May 25, 1932.

C. C. Morris, of Tyler, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, J.

Conviction is for robbery; punishment being five years in the penitentiary.

The record in this court contains no statement of facts. Only one bill of exception is found in the record, which complains of the argument of the district attorney, presumably on the ground that such argument was not supported by the evidence. Manifestly it is impossible to appraise such argument without having the facts before us.

The judgment is affirmed.

E. B. GASSOWAY, Appellant, v. STATE of Texas, Appellee.

No. 15344.

Court of Criminal Appeals of Texas.

June 1, 1932.

B. L. Palmer, of Houston, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, J.

The conviction was for operating an automobile upon a public street in the city of Houston while appellant was intoxicated; punishment being confinement in the penitentiary for one year and one day.

There is on file with this court an affidavit

of appellant advising this court that he does not further desire to prosecute his appeal.

In compliance with his request, the appeal is dismissed.